# UNITED STATES DISTRICT COURT
for the

__MIDDLE__ District of __TENNESSEE__

__ESTERN__ Division

RECEIVED
JAN 29 2024
U.S. District Court
Middle District of TN

Case No. _____
(to be filled in by the Clerk's Office)

__BRYAN R. PHILLIPS__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

__MARION COUNTY SHERRIFFS DEPARTMENT__
__AND THREE (3) OFFICERS JOHN DOES IN__
__THERE OFFICIAL AN INDIVDUAL CAPACITIES__
__ET AL__
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: BRYAN R. PHILLIPS
All other names by which you have been known: 
ID Number: 
Current Institution: FRANKLIN COUNTY JAIL
Address: 494 GEORGE FRALEY PARKWAY
WINCHESTER, TN. 37398
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: MARIAN COUNTY SHARRIFFS DEPARTMENT
Job or Title *(if known)*: OFFICERS OF THE COURT UNDER COLOR OF LAW (SHERRIFF)
Shield Number: 
Employer: MARIAN COUNTY STATE OF TENNESSEE
Address: #5 OAK AVE MARIAN COUNTY SHERRIFFS DEPARTMENT
JASPER, TN. 37347
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: (1.) JOHN DOE POLICE OFFICER
Job or Title *(if known)*: (DEPUTY) POLICE OFFICER
Shield Number: N/A AT THIS TIME
Employer: MARIAN COUNTY SHERRIFFS DEPARTMENT
Address: #5 OAK AVE SHERRIFFS DEPARTMENT
JASPER, TN 37347
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity



Defendant No. 3
Name (2) JOHN DOE (POLICE OFFICER)
Job or Title (if known) (DEPUTY) — POLICE OFFICER
Shield Number N/A AT THIS TIME
Employer #5 OAK AVE, MARIAN COUNTY SHERRIFFS
Address DEPARTMENT
JASPER, TN. 37347
City — State — Zip Code

[✓] Individual capacity [✓] Official capacity

Defendant No. 4
Name (3) JOHN DOE (POLICE OFFICER)
Job or Title (if known) (DEPUTY) — POLICE OFFICER
Shield Number N/A AT THIS TIME
Employer MARIAN COUNTY SHERRIFFS DEPARTMENT
Address #5 OAK AVE
JASPER, TN 37347
City — State — Zip Code

[✓] Individual capacity [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

PLAINTIFF BRYAN R PHILLIPS ALLEGES THAT THREE (3) OFFICERS USED A UNREASONABLE AMOUNT OF FORCE WHILE ON THE GROUND FLAT FACE DOWN SPREAD EAGLE NO WEAPON. EXCESSIVE USE OF FORCE BREAKING CHEEK OF RIGHT SIDE FACE. BROKE JAW AND TEETH. DUE PROCESS OF MANY CONSTITUTIONAL RIGHTS LEAVING ONE LEFT EYE DAMAGED SEVERELY. STILL YET TO RECIEVE MEDICAL ATTENTION 12/28/23

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

PLAINTIFF ALLEGES THAT ALL THREE (3) OFFICERS ACTED UNDER COLOR OF LAW WHEN THEY (3) THREE MARIAN COUNTY JOHN DOE POLICE OFFICERS REPEADLY BEAT BRYAN R PHILLIPS WHILE ON THE GROUND HELPLESS SPREAD EAGLE FACE DOWN BREAKING HIS CHEEK BONE AND JAW AND WHILE BLEEDING PEFUSSABLY ABOUT HEAD TRANSPORT HIM BY SUV INSTEAD OF AMBULANCE TO NEAR HOSPITAL STILL NO MEDICAL TREATMENT WITH ~~RIGHT~~ EYE ALMOST BLINDED

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Marion Co, TN landfill, evening June 27th, in a maintnance Building, 3 Kimball officers, emedialtly became Hostile and assaultive to and passed a proffesional Degree, by violently Punching me in the face and head, I was already flat on the ground, in no threatening ~~matter~~ manner

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Approximatly 6:00pm June 27th

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was severly beat up, could have been killed. 3 Kimball Deputies found me on my stomach waiting for them to arrest me and they came upon me and violently punched, hit, kicked me unconcious. never recieved any medical treatment of any kind.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My Lower left Jaw bone was cracked, My right check bone crushed and caved in. Im partially blind in my left eye.

I am being neglected and refused any type of treatment by Marion Co Sheriffs Dept. And Franklin Co Jail.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I need reconstructive surgery on my left check bone, and palet, my nose is very crooked, my left lower Jaw is still separated.

I dont believe my vision out of left eye can be healed. I have No money to pay for any of this and I've been forced to live with this pain.

~~Compensay~~, punitive Relief and Summery Judgment. Compensary Relief.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

*apply* [✓] Yes

[✓] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

___

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[ ] Yes

[✓] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[✓] No

[ ] Do not know

If yes, which claim(s)?

___

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

ADM / MR WINGO - Marion County Jail

2. What did you claim in your grievance?

I claimed to have been severly beaten and etc

3. What was the result, if any?

None, Wingo stated they had no grievance board.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Administrator Wingo, Marion county stated there was nothing he could Do, But He "wingo" did give me a substantial amount of food Hygene and clothes the day after this all occured stating here "I had nothing to do with what happened!" I said thanks.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

No Grievance Commimitty

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Admin - Wingo - Stated ther's nothering he could do.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

No

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)    N/A

    Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is <u>not</u> being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-11-24

Signature of Plaintiff: *Bryan R. Phillips*
Printed Name of Plaintiff: BRYAN R. PHILLIPS
Prison Identification #: 377955
Prison Address: 494 GEORGE FRALEY PARKWAY
WINCHESTER, TN. 37398
City / State / Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
City / State / Zip Code
Telephone Number
E-mail Address