To whom this may concern,..
we aren't allowed to get copies, nor allowed pen's. Please excuse these things I am lacking. I cant get any printouts either. I Humbley Request Your assistance please.

RECEIVED
JAN 29 2024
U.S. District Court
Middle District of TN

Respectfully,
Bryan Ray Phillips

Bryan R. Phillips
494 George Fraley PKWY
Winchester, TN 37398



Chattanooga TN 374
WED 24 JAN 2024 AM

RECEIVED
JAN 29 2024
U.S. District Court
Middle District of TN

Clerk, U.S. District Court
Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, TN 37203

Official Business

