UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| BRYAN R. PHILLIPS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:24-cv-00090-DCLC-SKL |
| MARION COUNTY SHERIFF'S DEPARTMENT, et al., | ) ) ) | |
| Defendants. | ) ) | |

## REPORT AND RECOMMENDATION

Plaintiff Bryan Phillips, a prisoner currently housed at the Franklin County Jail, is proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On June 18, 2024, the Court entered an Order dismissing Plaintiff's claims against Marion County Sheriff Ronnie "Bo" Burnette, dismissing Plaintiff's claims against all Defendants based on an alleged denial of medical care, and permitting Plaintiff to proceed on his excessive force claims against Marion County Officers Tim Cash, Cody Pittman, "OFC-Slanton," and "OFC-Adams" [Doc. 24].

Currently pending is Plaintiff's Motion for Permission to Amend Complaint [Doc. 26]. It appears Plaintiff may be attempting to add Tyrone Green as a Defendant. Because Plaintiff has already filed one Amended Complaint [Doc. 17], he must get permission from the Court or the written consent of the opposing parties to further amend the Amended Complaint. *See* Fed. R. Civ. P. 15(a).

Eastern District of Tennessee Local Rule 15.1[1] provides:

---

[1] The Court's Local Rules are available at: https://www.tned.uscourts.gov/sites/tned/files/localrules.pdf.

> A party who moves to amend a pleading shall attach a copy of the proposed amended pleading to the motion. Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, shall, except by leave of Court, reproduce the entire pleading as amended and may not incorporate any prior pleading by reference. A failure to comply with this rule may be grounds for denial of the motion.

Plaintiff did not attach a proposed Second Amended Complaint to his motion, in violation of Local Rule 15.1. As a result, I am unable to determine whether any proposed Second Amended Complaint complies with applicable standards for filing and amending pleadings.

In addition, it appears none of the current Defendants in this case have been served with a copy of the Amended Complaint [*see* Doc. 25]. Regarding service of the Amended Complaint, the Clerk has mailed Plaintiff additional blank service packets with instructions.[2] Because he is proceeding IFP, Plaintiff may request service of the completed summons form and Amended Complaint by completing a Form USM-285 for each Defendant.[3]

In sum, and consistent with the foregoing, I **RECOMMEND**[4] Plaintiff's Motion for Permission to Amend Complaint [Doc. 26] be **DENIED WITHOUT PREJUDICE**. If the Court adopts this recommendation, Plaintiff should be instructed that, if he wishes to pursue any further amendment of his Amended Complaint, he may renew his motion to amend. He must attach to

---

[2] The Clerk originally mailed Plaintiff three blank service packets [*see* Doc. 25], but will send Plaintiff a fourth.

[3] Blank USM-285 forms and instructions were included in the service packets sent to Plaintiff.

[4] Any objections to this report and recommendation must be served and filed within 14 days after service of a copy of this recommended disposition on the objecting party. Such objections must conform to the requirements of Rule 72(b) of the Federal Rules of Civil Procedure. Failure to file objections within the time specified waives the right to appeal the district court's order. *Thomas v. Arn*, 474 U.S. 140, 149 n.7 (1985). The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive, and general. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987).

any such renewed motion a complete copy of his proposed Second Amended Complaint. Any such document must be titled "Second Amended Complaint," and may not incorporate the original Complaint, Amended Complaint, or any other filing by reference, as required by Local Rule 15.1.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE